UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NIKI L. CANTRELL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WFG NATIONAL TITLE INSURANCE COMPANY, a foreign profit corporation,<br><br>Defendant. | No.<br><br>**DEFENDANT WFG NATIONAL TITLE INSURANCE COMPANY'S NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. § 1441(A)**<br><br>**(REMOVED FROM CLARK COUNTY SUPERIOR COURT CAUSE NO. 22-2-01862-06)** |

**TO:** Clerk, U.S. District Court, Western District of Washington, at Tacoma;

**AND TO:** Rachel J. Goldfarb, Plaintiff's Counsel

PLEASE take notice that Defendant WFG National Title Insurance Company ("WFG") hereby removes to this Court the state court action described below on the grounds stated herein, and supported by the Declaration of Nicole T. Morrow ("Morrow Decl.") and the exhibits attached thereto.

I. **INTRODUCTION**

On July 29, 2022, Niki L. Cantrell ("Plaintiff") filed an action against WFG National Title Insurance Company ("WFG") in the Clark County Superior Court under Cause No. 22-2-01862-

Notice of Removal – 1
Cause No.:

3292912 / 2104.0016

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

06. Service was improperly made on WFG Title Company of Clark County WA, LLC's registered agent on or about August 8, 2022. Morrow Decl., Ex. 1 and 2.

This Notice of Removal is timely under 28 U.S.C. §1446(b) because it is being filed "…within thirty days after receipt by the defendant, through service (although improper) or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b).

Defendant WFG is a corporation, formed in South Carolina, with its principal place of business in Portland, Oregon. Morrow Decl., Ex. 3. As alleged in the Complaint, Plaintiff resides in Clark County, Washington. Diversity exists between the parties.

Based on Plaintiff's Statutory 20-Day Notice, WFG has a sufficient basis to believe that Plaintiff is claiming damages in excess of $75,000. Morrow Decl., Ex. 4.

## II. BASES FOR REMOVAL

**A.   There is Complete Diversity of Citizenship under 28 USC §1332.**

This Court has subject matter jurisdiction over this civil action pursuant to 28 U.S.C. §1332(a)(1), and this action is one which can be removed to this Court by defendant WFG National Title Insurance Company pursuant to 28 U.S.C. §1441(a) and (b) in that it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

The Plaintiff is a resident of the State of Washington. *See* Complaint at ¶1. Defendant WFG is a corporation, formed in South Carolina, with its principal place of business in Portland, Oregon. Morrow Decl., Ex. 3. WFG therefore not a citizen of Washington. Removal of the plaintiffs' action to this Court is proper because there is complete diversity of citizenship of the remaining parties pursuant to 28 U.S.C. § 1332.

Notice of Removal – 2
Cause No.:

3292912 / 2104.0016

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

B. **The Amount in Controversy Exceeds the Jurisdictional Minimum.**

Based on Plaintiff's Statutory 20-Day Notice issued to WFG on July 6, 2022, Plaintiff demands payment of $750,000 for her claims against WFG related to alleged loss of use of real property. Morrow Decl., Ex. 4. As such there is sufficient information to conclude that Plaintiffs seek to recover in excess of $75,000 in damages against defendant WFG.

C. **This Notice of Removal is Timely Under 28 USC § 1446(b) and (c).**

This Notice of Removal is timely under 28 U.S.C. §1446(b) because it is being filed "…within thirty days after receipt by the defendant, through service or otherwise, of a copy of order or other paper form which it may first be ascertained that the case is one which is or has become removable..." 28 U.S.C. § 1446(b). WFG was served on August 8, 2022. Morrow Decl., Ex. 2. As a result, the removal is timely.

D. **This Notice of Removal Complies with the Applicable Local Rules, and Venue Is Proper in the Western District of Washington under 28 U.S.C. §128(b)**

This Notice of Removal complies with all applicable Federal Rules of Civil Procedure and Local Rules. Defendant WFG has attached to the Declaration of Nicole T. Morrow, filed in support of this Notice, copies of all other process, pleadings, and orders served upon it in the state court action, as required by 28 U.S.C. § 1446. Venue is proper in this District pursuant to 28 U.S.C. §§ 128(b) and 1391, because this District encompasses Clark County, the county listed in the state court complaint served on Defendant WFG.

Defendant WFG is serving plaintiffs with copies of this Notice of Removal and the supporting Declaration of Nicole T. Morrow (with exhibits).

### III. CONCLUSION

Plaintiff's civil action, originally venued in Clark County Superior Court for the State of

Notice of Removal – 3
Cause No.:

3292912 / 2104.0016

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

Washington, may be removed pursuant to 28 U.S.C. 1441 and 1446 to the United States District Court for the Western District of Washington, Tacoma Division.

DATED this 7th day of September, 2022.

                    *s/Ryan J. Hesselgesser*
                    Ryan J. Hesselgesser, WSBA #40720
                    Forsberg & Umlauf, P.S.
                    901 Fifth Ave., Suite 1400
                    Seattle, WA 98164
                    Phone: (206) 689-8500
                    Email: rhesselgesser@foum.law
                    Attorneys for Defendant WFG National Title Insurance Company

DATED this 7th day of September, 2022.

                    *s/Nicole T. Morrow*
                    Nicole T. Morrow, WSBA #51546
                    Forsberg & Umlauf, P.S.
                    901 Fifth Ave., Suite 1400
                    Seattle, WA 98164
                    Phone: (206) 689-8500
                    Email: nmorrow@foum.law
                    Attorneys for Defendant WFG National Title Insurance Company

Notice of Removal – 4
Cause No.:

3292912 / 2104.0016

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing **NOTICE OF REMOVAL** on the following individuals in the manner indicated:

Ms. Rachel J. Goldfarb
Praedium Law Group, PLLC
201 N.E. Park Plaza Dr., Suite 213
Vancouver, WA  98684
*Attorneys for (MCOS) Plaintiff's Counsel*
(X) Via Email: rachel@praediumlawgroup.com
(X) Via ECF


**SIGNED** this 7th day of September, 2022, at Seattle, Washington.

Elizabeth S. Sado

Notice of Removal – 5
Cause No.:

3292912 / 2104.0016

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX