1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NIKI L. CANTRELL, an individual,

Plaintiff,

vs.

WFG NATIONAL TITLE INSURANCE
COMPANY, a foreign profit corporation,

Defendant.

No.

**DECLARATION OF NICOLE T. MORROW IN SUPPORT OF DEFENDANT WFG NATIONAL TITLE INSURANCE COMPANY'S NOTICE OF REMOVAL ACTION**

**(REMOVED FROM CLARK COUNTY SUPERIOR COURT CAUSE NO. 22-2-01862-06)**

I, Nicole T. Morrow, solemnly declare as follows:

1.      I am over 18 years of age and am competent to testify to the matters contained in this declaration. I am one of the attorneys for Defendant. I submit this Declaration and the attached Exhibits in support of Defendant WFG National Title Insurance Company's Notice of Removal of the Plaintiff's state court action to this Court under 28 U.S.C. §§1332, 1441 and 1446, *et seq.*

2.      Plaintiff filed a Summons and Complaint in Clark County Superior Court, cause No. 22-2-01862-06 on July 29, 2022. Attached as **Exhibit 1** is a true and correct copy of the Summons and Complaint filed in the Superior Court case, cause No. 22-2-01862-06.

3.      WFG was served through its registered agent on August 8, 2022.  Attached as **Exhibit 2** is a true and correct copy of the Notice of Service of Process.

Declaration of Nicole T. Morrow in Support of Defendant WFG National Title
Insurance Company's Notice of Removal Action – 1
CAUSE NO.

3292920 / 2104.0016

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

4.      Attached as **Exhibit 3** is a true and correct copy of the Business Information for WFG National Title Insurance Company from Washington Secretary of State.

5.      On or around July 6, 2022 Plaintiff sent her Statutory 20-day Notice to WFG. Attached as **Exhibit 4** is a true and correct copy of Plaintiff's Statutory 20-Day Notice issued to WFG.

Defendant has paid to the Clerk of Court for the Western District of Washington, the $402.00 filing fee required by law.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

Signed and dated this 7th day of September, 2022, at Seattle, Washington.


_Nicole Morrow_
Nicole T. Morrow

Declaration of Nicole T. Morrow in Support of Defendant WFG National Title
Insurance Company's Notice of Removal Action  – 2
CAUSE NO.

3292920 / 2104.0016

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX